**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

| Southern | District of | New York |
|---|---|---|
| | | (State) |

Case number (*if known*): _____ | Chapter | 11

☐ Check if this is an
amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| 1. | **Debtor's name** | Endo Aesthetics LLC |
|---|---|---|

| 2. | **All other names debtor used in the last 8 years** | |
|---|---|---|
| | Include any assumed names, trade names, and *doing business as* names | |

| 3. | **Debtor's federal Employer Identification Number (EIN)** | 84-3630218 |
|---|---|---|

**4. Debtor's address**

**Principal place of business**

1400 Atwater Drive
Number    Street

Malvern          PA    19355
City                  State   ZIP Code

Chester
County

**Mailing address, if different from principal place of business**

Number    Street

P.O. Box

City                  State   ZIP Code

**Location of principal assets, if different from principal place of business**

Number    Street

City                  State   ZIP Code

**5. Debtor's website (URL)**    www.endo.com

| Debtor | Endo Aesthetics LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 6. | **Type of debtor** | ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
|---|---|---|
| | | ☐ Partnership (excluding LLP) |
| | | ☐ Other. Specify: |

| 7. | **Describe debtor's business** | A. *Check one:* |
|---|---|---|
| | | ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A)) |
| | | ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B)) |
| | | ☐ Railroad (as defined in 11 U.S.C. § 101(44)) |
| | | ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A)) |
| | | ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6)) |
| | | ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3)) |
| | | ☒ None of the above |
| | | |
| | | B. *Check all that apply:* |
| | | ☐ Tax-exempt entity (as described in 26 U.S.C. § 501) |
| | | ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3) |
| | | ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11)) |
| | | |
| | | C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes. |
| | | 3    2    5    4 |

| 8. | **Under which chapter of the Bankruptcy Code is the debtor filing?** | *Check one:* |
|---|---|---|
| | | ☐ Chapter 7 |
| | A debtor who is a "small business debtor" must check the first sub-box.  A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box. | ☐ Chapter 9 |
| | | ☒ Chapter 11. *Check **all** that apply:* |
| | | ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B). |
| | | ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B). |
| | | ☐ A plan is being filed with this petition. |
| | | ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |
| | | ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form. |
| | | ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2. |
| | | ☐ Chapter 12 |

| 9. | **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?** | ☒ No |
|---|---|---|
| | | ☐ Yes |
| | If more than 2 cases, attach a separate list. | |

District _____ When _____ Case number _____

MM / DD / YYYY

District _____ When _____ Case number _____

MM / DD / YYYY

| Debtor | Endo Aesthetics LLC | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☐ No

☒ Yes

| Debtor | See Annex 1 | Relationship | Affiliate |
|---|---|---|---|
| District | Southern District of New York | When | Date hereof |
| | | | MM / DD / YYYY |
| Case Number, if known | | | |

**11.** **Why is the case filed in *this* district?**

*Check all that apply:*

☐ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☒ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.** **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard?

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?**

| | | |
|---|---|---|
| Number | Street | |
| | | |
| City | State | Zip Code |

**Is the property insured?**

☐ No

☐ Yes

| Insurance agency | |
|---|---|
| Contact name | |
| Phone | |

## Statistical and administrative information

**13.** **Debtor's estimation of available funds**

*Check one:*

☒ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14.** **Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☒ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

| Debtor | Endo Aesthetics LLC | Case number (*if known*) |
|--------|---------------------|--------------------------|
|        | Name                |                          |

**15.** **Estimated assets**

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million

☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☒ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

**16.** **Estimated liabilities**

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million

☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☒ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

## Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17.** **Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    08/16/2022
                MM / DD / YYYY

✗ /s/ Mark T. Bradley
Signature of authorized representative of debtor

Mark T. Bradley
Printed name

Title    Chief Financial Officer

**18.** **Signature of attorney**

✗ /s/ Paul D. Leake
Signature of attorney for debtor

Date    08/16/2022
        MM / DD / YYYY

Paul D. Leake
Printed name

Skadden, Arps, Slate, Meagher & Flom LLP
Firm name

One Manhattan West
Number    Street

New York
City

New York          10001-8602
State             ZIP code

(212) 735-3000
Contact phone

paul.leake@skadden.com
Email address

2313286
Bar number

New York
State

## ANNEX 1 – AFFILIATED DEBTORS

The following list identifies all of the affiliated entities, including the Debtor filing this petition, that have filed voluntary petitions for relief in this Court under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101 *et seq.*, as amended, substantially contemporaneously with the filing of this petition.

| | DEBTOR'S NAME | DEBTOR'S EIN |
|---|---|---|
| 1. | Par Pharmaceutical, Inc. | 22-2228342 |
| 2. | Actient Pharmaceuticals LLC | 27-2717232 |
| 3. | 70 Maple Avenue, LLC | 90-0951491 |
| 4. | Endo International plc | 68-0683755 |
| 5. | Anchen Incorporated | 20-2008760 |
| 6. | Generics International (US), Inc. | 26-1166489 |
| 7. | Anchen Pharmaceuticals, Inc. | 68-0519179 |
| 8. | DAVA Pharmaceuticals, LLC | 20-1207354 |
| 9. | Endo Par Innovation Company, LLC | 81-1532435 |
| 10. | Generics Bidco I, LLC | 26-1166905 |
| 11. | Innoteq, Inc. | 26-3273381 |
| 12. | JHP Acquisition, LLC | 36-4747861 |
| 13. | JHP Group Holdings, LLC | 37-1707688 |
| 14. | Kali Laboratories, LLC | 22-3494898 |
| 15. | Moores Mill Properties L.L.C. | 26-1309523 |
| 16. | Par Pharmaceutical Companies, Inc. | 81-3078301 |
| 17. | Par Pharmaceutical Holdings, Inc. | 77-0723135 |
| 18. | Par Sterile Products, LLC | 26-0220105 |
| 19. | Par, LLC | 20-0011286 |
| 20. | Quartz Specialty Pharmaceuticals, LLC | 63-1255368 |
| 21. | Vintage Pharmaceuticals, LLC | 63-1257882 |
| 22. | Actient Therapeutics LLC | 45-4102019 |
| 23. | Astora Women's Health Ireland Limited | 52-2035829 |
| 24. | Astora Women's Health, LLC | 47-3330427 |
| 25. | Auxilium International Holdings, LLC | 26-1629643 |
| 26. | Auxilium Pharmaceuticals, LLC | 23-3016883 |
| 27. | Auxilium US Holdings, LLC | 26-1628967 |
| 28. | Bermuda Acquisition Management Limited | N/A |

| | DEBTOR'S NAME | DEBTOR'S EIN |
|---|---|---|
| 29. | BioSpecifics Technologies LLC | 11-3054851 |
| 30. | Branded Operations Holdings, Inc. | 85-3936945 |
| 31. | DAVA International, LLC | 34-1969945 |
| 32. | Endo Aesthetics LLC | 84-3630218 |
| 33. | Endo Bermuda Finance Limited | 98-1254093 |
| 34. | Endo Designated Activity Company | 98-1147135 |
| 35. | Endo Eurofin Unlimited Company | 98-1522009 |
| 36. | Endo Finance IV Unlimited Company | 98-1262779 |
| 37. | Endo Finance LLC | 46-4766481 |
| 38. | Endo Finance Operations LLC | 82-1446355 |
| 39. | Endo Finco Inc. | 46-4765794 |
| 40. | Endo Generics Holdings, Inc. | 46-0634834 |
| 41. | Endo Global Aesthetics Limited | 98-1462898 |
| 42. | Endo Global Biologics Limited | 98-1462735 |
| 43. | Endo Global Development Limited | 98-1494785 |
| 44. | Endo Global Finance LLC | 38-4007754 |
| 45. | Endo Global Ventures | 98-1224244 |
| 46. | Endo Health Solutions Inc. | 13-4022871 |
| 47. | Endo Innovation Valera, LLC | 83-0973622 |
| 48. | Endo Ireland Finance II Limited | 98-1300535 |
| 49. | Endo LLC | 46-4266640 |
| 50. | Endo Luxembourg Finance Company I S.à r.l. | 98-1143863 |
| 51. | Endo Luxembourg Holding Company S.à r.l. | 98-1147168 |
| 52. | Endo Luxembourg International Financing S.à r.l. | 98-1402905 |
| 53. | Endo Management Limited | 98-1154866 |
| 54. | Endo Pharmaceuticals Finance LLC | 82-1445768 |
| 55. | Endo Pharmaceuticals Inc. | 52-2035829 |
| 56. | Endo Pharmaceuticals Solutions Inc. | 04-3047911 |
| 57. | Endo Pharmaceuticals Valera Inc. | 13-4119931 |
| 58. | Endo Procurement Operations Limited | 98-1477840 |
| 59. | Endo TopFin Limited | 98-1248086 |
| 60. | Endo U.S. Inc. | 46-4710786 |
| 61. | Endo US Holdings Luxembourg I S.à r.l. | 98-1247910 |
| 62. | Endo Ventures Aesthetics Limited | 98-1529967 |

|  | **DEBTOR'S NAME** | **DEBTOR'S EIN** |
|---|---|---|
| 63. | Endo Ventures Bermuda Limited | 98-1160688 |
| 64. | Endo Ventures Cyprus Limited | 98-1231544 |
| 65. | Endo Ventures Limited | 98-1156029 |
| 66. | Generics International (US) 2, Inc. | 30-0945075 |
| 67. | Generics International Ventures Enterprises LLC | 83-1584685 |
| 68. | Hawk Acquisition Ireland Limited | 98-1244776 |
| 69. | Kali Laboratories 2, Inc. | 61-1796751 |
| 70. | Luxembourg Endo Specialty Pharmaceuticals Holding I S.à r.l. | 98-1300601 |
| 71. | Paladin Labs Canadian Holding Inc. | N/A |
| 72. | Paladin Labs Inc. | 98-1181410 |
| 73. | Par Laboratories Europe, Ltd. | 98-1319597 |
| 74. | Par Pharmaceutical 2, Inc. | 30-0944895 |
| 75. | Slate Pharmaceuticals, LLC | 26-0456201 |
| 76. | Timm Medical Holdings, LLC | 27-0468744 |

**ACTION BY**
**WRITTEN CONSENT**
**OF**

**ENDO AESTHETICS LLC**

August 15, 2022

WHEREAS, the governing authority, whether a board of directors or the governing members, managers, partners or shareholders, as the case may be (as applicable, the "Governing Body") of Endo Aesthetics LLC, a Delaware limited liability company (the "Company"), does hereby consent to the taking of the following actions by such Company on its own behalf and, where such Company is the Governing Body of another Company, in its capacity as Governing Body of such other Company, and does hereby adopt the following resolutions with respect to such Company pursuant to the bylaws, operating agreement, articles of association, limited liability company agreement or similar document, as applicable, of each respective Company (collectively, the "Governing Documents"), and the applicable laws of the jurisdiction in which such Company is organized, and with the same force and effect as if such resolutions were approved and adopted by a duly constituted meeting of such Governing Body;

WHEREAS, the Governing Body has considered presentations by the management of, and the financial and legal advisors to, the Company regarding the liabilities of the Company, the strategic alternatives available to it, and the effect of the foregoing on the Company's business, creditors, stakeholders, and other parties-in-interest;

WHEREAS, the Governing Body has had the opportunity to consult with the Company's management, and financial and legal advisors and other professionals, and fully consider each of the strategic alternatives available to the Company;

WHEREAS, based on its review of all available alternatives and advice provided by such advisors and professionals, the Governing Body has determined that it is in the best interest of the Company, its subsidiaries, and its and their respective creditors, stakeholders, and other parties-in-interest, for the Company and its subsidiaries to take the actions specified in the following resolutions;

*Chapter 11 Case*

WHEREAS, the Governing Body has been presented with a proposed petition to be filed by the Company in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") seeking relief under the provisions of chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"), in which the authority to operate as a debtor-in-possession will be sought;

WHEREAS, the Governing Body, having considered the financial and operational aspects of the Company's business and the best course of action to maximize value, deems it advisable and in the best interests of the Company, its subsidiaries, and its and their respective

creditors, stakeholders, and other parties-in-interest, that a petition be filed by the Company seeking relief under the provisions of chapter 11 of the Bankruptcy Code.

*Restructuring Support Agreement*

WHEREAS, the Governing Body has been presented with a proposed Restructuring Support Agreement (the "RSA") by and among each of (a) the Company, for itself and each of its direct and indirect subsidiaries listed on Exhibit A to the RSA, and (b) the Consenting First Lien Creditors, each as defined therein, on or in advance of the date hereof; for the avoidance of doubt, the RSA includes the Restructuring Term Sheet (as defined therein) and each other exhibit thereto, all substantially in the forms and on the terms presented to the Governing Body.

NOW, THEREFORE, BE IT

*Chapter 11 Case*

RESOLVED, that in the judgment of the Governing Body, it is desirable and in the best interests of the Company, its subsidiaries, and its and their respective creditors, stakeholders, and other parties-in-interest, that a voluntary petition be filed by the Company seeking relief under the provisions of chapter 11 of the Bankruptcy Code, and the filing of such petition is authorized hereby; and be it further

RESOLVED, that each of the appointed officers of the Company and the Chief Financial Officer of Endo International plc (each, an "Authorized Person"), is hereby authorized and empowered, on behalf of and in the name of the Company, on its own behalf and, where such Company is the Governing Body of another Company, in its capacity as Governing Body of such other Company, to execute and verify a petition in the name of the Company on its own behalf and, where such Company is the Governing Body of another Company, in its capacity as Governing Body of such other Company, under chapter 11 of the Bankruptcy Code and to cause the same to be filed in the Bankruptcy Court in such form and at such time as the Authorized Person(s) executing said petition on behalf of the Company shall determine; and be it further

*Restructuring Support Agreement*

RESOLVED, that in connection with the chapter 11 case, the Governing Body has determined it is desirable and in the best interests of the Company, its subsidiaries, and its and their respective creditors, stakeholders, and other parties-in-interest, that the Company shall be, and hereby is, authorized and empowered, on behalf of and in the name of such Company on its own behalf and, where such Company is the Governing Body of another Company, in its capacity as Governing Body of such other Company, to enter into the RSA with such changes, additions, and modifications thereto as an Authorized Person executing the same shall approve, such approval to be conclusively evidenced by an Authorized Person's execution and delivery thereof; and be it further

RESOLVED, that the Authorized Persons are empowered, authorized and directed, with full power of delegation, on behalf of the Company, and, where such Company is the Governing Body of another Company, in its capacity as Governing Body of such other Company,

2

to cause the Company to negotiate, execute, and deliver the RSA and any related documents contemplated thereby, in such form and with such changes or amendments as any one or more such Authorized Person shall approve as necessary or desirable; and be it further

*Retention of Professionals*

RESOLVED, that the Authorized Persons of the Company be, and each of them is, authorized and empowered, on behalf of and in the name of the Company, and, where such Company is the Governing Body of another Company, in its capacity as Governing Body of such other Company, to retain and employ professionals to render services to the Company in connection with the chapter 11 case and the transactions contemplated by the foregoing resolutions, including, without limitation, the law firm Skadden, Arps, Slate, Meagher & Flom LLP, to act as chapter 11 counsel; Togut, Segal & Segal LLP, to act as co-counsel; Alvarez & Marsal Holdings, LLC, to act as financial advisor; PJT Partners L.P., to act as investment banker; and Kroll, LLC, to act as claims and noticing agent and administrative advisor; and in connection herewith each Authorized Person is hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers, and to cause to be filed appropriate applications for authority to retain the services of the foregoing; and be it further

*General Authority to Implement Resolutions*

RESOLVED, that the Authorized Persons of the Company be, and each of them is hereby is, authorized and empowered, on behalf of and in the name of the Company, and, where such Company is the Governing Body of another Company, in its capacity as Governing Body of such other Company, to execute, deliver, perform, verify or file, or cause to be executed, delivered, performed, verified or filed (or direct others to do so on their behalf as provided herein) all necessary documents, including, without limitation, all petitions, affidavits, statements, schedules, motions, lists, applications, pleadings, other papers, security documents, guarantees, reaffirmations, control agreements, waivers of or amendments to existing documents, and to negotiate the forms, terms and provisions of, and to execute and deliver any amendments, modifications, waivers or consents to any of the foregoing as may be approved by any Authorized Person, which amendments, modifications, waivers or consents may provide for consent payments, fees or other amounts payable or other modifications of or relief under such agreements or documents, the purpose of such amendments, modifications, waivers or consents being to facilitate consummation of the transactions contemplated by the foregoing resolutions or for any other purpose, and, in connection with the foregoing, to employ and retain all assistance by legal counsel, investment bankers, accountants, restructuring professionals or other professionals, and to take any and all action which such Authorized Person deems necessary or proper in connection with the chapter 11 case, with a view to the successful prosecution of the chapter 11 case contemplated by the foregoing resolutions and the successful consummation of the transactions contemplated by the foregoing resolutions, including, without limitation, any action necessary or proper to maintain the ordinary course operation of the Company's business; and be it further

RESOLVED, that the Authorized Persons of the Company be, and each of them hereby is, authorized to execute, deliver and perform any and all special powers of attorney as such Authorized Person may deem necessary or desirable to facilitate consummation of the transactions contemplated by the foregoing resolutions, pursuant to which such Authorized Person will make

3

certain appointments of attorneys to facilitate consummation of the transactions contemplated by the foregoing resolutions as the Company's true and lawful attorneys and authorize each such attorney to execute and deliver any and all documents of whatsoever nature and description that may be necessary or desirable to facilitate consummation of the transactions contemplated by the foregoing resolutions; and be it further

RESOLVED, that all acts lawfully done or actions lawfully taken by any Authorized Person to seek relief on behalf of the Company under chapter 11 of the Bankruptcy Code, or in connection with the chapter 11 case, or any matter related thereto, be, and hereby are, adopted, ratified, confirmed, and approved in all respects as the acts and deeds of the Company in all respects by the Governing Body of the Company; and be it further

RESOLVED, that all acts lawfully done or actions lawfully taken by any Authorized Person, or by any employees or agents of the Company, on or before the date hereof in connections with the transactions contemplated by the foregoing resolutions be, and they hereby are, ratified, confirmed and approved in all respects by the Governing Body of the Company; and be it further

RESOLVED, that the omission from these resolutions of any agreement, document or other arrangement contemplated by any of the agreements, instruments, filings or other documents described in the foregoing resolutions or any action to be taken in accordance with any requirement of any of the agreements, instruments, filings or other documents described in the foregoing resolutions shall in no manner derogate from the authority of the Authorized Persons to take all actions necessary, desirable, proper, advisable or appropriate to consummate, effectuate, carry out or further the transaction contemplated by, and the intent and purposes of, the foregoing resolutions; and be it further

RESOLVED, that the authority conferred upon any Authorized Person of the Company by this Action by Written Consent is in addition to, and shall in no way limit, such other authority as such Authorized Person may have with respect to the subject matter of the foregoing resolutions, and that the omission from this Action by Written Consent of any agreement or other arrangement contemplated by any of the agreements, instruments or documents described in the foregoing resolutions or any action to be taken in accordance with any requirement of any of the agreements, instruments or documents described in the foregoing resolutions shall in no manner derogate from the authority of any Authorized Person to take any and all actions convenient, necessary, advisable or appropriate to consummate, effectuate, carry out, perform or further the transactions contemplated by and the intents and purposes of the foregoing resolutions; and be it further

RESOLVED, that, pursuant to any applicable provisions of the Governing Documents of the Company, the Governing Body hereby agrees in writing to continue the Company without dissolution, notwithstanding the bankruptcy of any parent company; and be it further

RESOLVED, the Governing Body has received sufficient notice of the actions and transactions relating to the matters contemplated by the foregoing resolutions, as may be required

by the Governing Documents of the Company, or hereby waive any right to have received such notice; and be it further

RESOLVED, that each of the Authorized Persons (and their designees and delegates) be, and hereby are, authorized and empowered to take all actions or not to take any action in the name of the Company with respect to the transactions contemplated by these resolutions hereunder as the sole shareholder, partner, member, managing member, manager (or similar role) of each subsidiary of the Company, in each case, as such Authorized Person or Authorized Persons shall deem necessary proper, appropriate, desirable or advisable to effectuate the purposes of the transactions contemplated herein; and be it further

RESOLVED, that this Action by Written Consent may be executed in any number of counterparts, each of which shall be deemed an original and all of which together shall be deemed to constitute one or the same Action by Written Consent.

***

[*Signature Pages Follow*]

IN WITNESS WHEREOF, the undersigned, in their capacity duly indicated below, have duly executed and caused this action by written consent to be delivered as of the date first written above.

Endo Health Solutions Inc., as sole member of Endo Aesthetics LLC

By: _____

      Name:  Blaise A. Coleman
      Title:   Chairman of Endo Health Solutions Inc.

*[Signature Page to Action by Written Consent of Endo Aesthetics LLC]*

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Paul D. Leake
Lisa Laukitis
Shana A. Elberg
Evan A. Hill
One Manhattan West
New York, New York 10001
Telephone: (212) 735-3000
Fax: (212) 735-2000

*Proposed Counsel to Debtors and Debtors in Possession*

| | |
|---|---|
| *In re* | **Chapter 11** |
| **ENDO INTERNATIONAL plc,** *et al.,* | **Case No. [__]-[_____] ([___])** |
| **Debtors.**[1] | **(Joint Administration Pending)** |

## CONSOLIDATED CORPORATE OWNERSHIP STATEMENT AND LIST OF EQUITY SECURITY HOLDERS PURSUANT TO FEDERAL RULES OF BANKRUPTCY PROCEDURE 1007 AND 7007.1

Pursuant to Rules 1007(a)(1) and 7007.1 of the Federal Rules of Bankruptcy Procedure and Rule 1007-3 of the Local Bankruptcy Rules for the Southern District of New York, Endo International plc and its debtor affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "Debtors"), respectfully represent:

1.      Endo International plc is a publicly traded corporation. The Vanguard Group, Inc. owns 12.07%.[2] No other entities have a direct or indirect ownership interest of 10% or more in Endo International plc.

---

[1]      The last four digits of Debtor Endo International plc's tax identification number are 3755.  Due to the large number of debtors in these chapter 11 cases, a complete list of the debtor entities and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/Endo.  The location of the Debtors' service address for purposes of these chapter 11 cases is: 1400 Atwater Drive, Malvern, PA 19355.

[2]      As of August 8, 2022.

2.      Endo International plc owns 100% of the equity interests in Endo Designated Activity Company.

3.      Endo Designated Activity Company owns 100% of the equity interests in Endo Finance IV Unlimited Company.

4.      Endo Finance IV Unlimited Company owns 100% of the equity interests in Endo Management Limited.

5.      Endo Management Limited owns 100% of the equity interests in the following Debtors: Endo Procurement Operations Limited; Endo TopFin Limited; Endo Global Development Limited; and Endo Ventures Aesthetics Limited.

6.      Endo TopFin Limited owns 100% of the equity interests in the following Debtors: Endo Ventures Limited and Endo Ventures Cyprus Limited.

7.      Endo Ventures Limited owns 100% of the equity interests in the following Debtors: Endo Global Aesthetics Limited; Endo Global Biologics Limited; Generics International Ventures Enterprises LLC.

8.      Endo Ventures Limited owns 98.99% of the equity interests in Endo Luxembourg Holding Company S.à r.l. and Endo Bermuda Ventures Limited owns 1.01% of the equity interests in Endo Luxembourg Holding Company S.à r.l.

9.      Endo Ventures Cyprus Limited owns 55% of the common shares of Endo Global Ventures. Endo Designated Activity Company owns 45% of the common shares and 100% of the non-qualified preferred shares Endo Global Ventures.

10.     Endo Ventures Cyprus Limited owns 100% of the equity interests in Endo Ventures Bermuda Limited.

11.     Endo Luxembourg Holding Company S.à r.l. owns 100% of the equity interests in Endo Luxembourg Finance Company I S.à r.l.

12.     Endo Luxembourg Finance Company I S.à r.l. owns 100% of the equity interests in the following Debtors: Par Pharmaceutical Holdings, Inc.; Endo Global Finance LLC; Paladin Labs Canadian Holding Inc.; Endo LLC; Endo Ireland Finance II Limited; and Endo Finco Inc.

13.     Par Pharmaceutical Holdings, Inc. owns 100% of the equity interests in the following Debtors: Par Pharmaceutical Companies, Inc. and Luxembourg Endo Specialty Pharmaceuticals Holding I S.à r.l.

14.     Endo Global Finance LLC owns 100% of the equity interests in Endo Finance Operations LLC.

15.     Paladin Labs Canadian Holding Inc. owns 100% of the equity interests in Paladin Labs Inc.

16.     Endo Ireland Finance II Limited owns 100% of the equity interests in the following Debtors: Endo Eurofin Unlimited Company and Endo Bermuda Finance Limited.

17.     Endo Eurofin Unlimited Company owns 100% of the equity interests in Endo U.S. Inc.

18.     Endo U.S. Inc. owns 100% of the equity interests in the following Debtors: Endo U.S. Holdings Luxembourg I S.à r.l. and Endo Health Solutions Inc.

19.     Par Pharmaceutical Companies, Inc. owns 100% of the equity interests in Par Pharmaceutical, Inc.

20.     Par Pharmaceutical, Inc. owns 100% of the equity interests in the following Debtors: BioSpecifics Technologies LLC; Par Laboratories Europe, Ltd.; Innoteq, Inc.; Endo

3

Finance LLC; Generics International (US), Inc.; Kali Laboratories, LLC; Endo Par Innovation Company, LLC; Par, LLC; non-Debtor Par Formulations Private Limited; Anchen Incorporated and JHP Group Holdings, LLC.

21.    Generics International (US), Inc. owns 100% of the equity interests in the following Debtors: Moores Mill Properties L.L.C.; Vintage Pharmaceuticals, LLC, DAVA Pharmaceuticals, LLC ,and Generics Bidco I, LLC.

22.    Anchen Incorporated owns 100% of the equity interests in Anchen Pharmaceuticals, Inc.

23.    JHP Group Holdings, LLC owns 100% of the equity interests in JHP Acquisition, LLC.

24.    Generics Bidco I, LLC owns 50% of the equity interests in Quartz Specialty Pharmaceuticals, LLC. Vintage Pharmaceuticals LLC also owns 50% of the equity interests.

25.    DAVA Pharmaceuticals, LLC owns 100% of the equity interests in DAVA International, LLC.

26.    JHP Acquisition, LLC owns 100% of the equity interests in Par Sterile Products, LLC.

27.    Endo Health Solutions Inc. owns 100% of the equity interests in the following Debtors: Endo Aesthetics LLC; Hawk Acquisition Ireland Limited; Endo Luxembourg International Financing S.à r.l; and Bermuda Acquisition Management Limited.

28.    Hawk Acquisition Ireland Limited owns 100% of the equity interests in Endo Generics Holdings, Inc.

29.    Endo Generics Holdings, Inc. owns 100% of the equity interests in the following Debtors: Par Pharmaceutical 2, Inc. and Kali Laboratories 2, Inc.

30.    Par Pharmaceutical 2, Inc. owns 100% of the equity interests in Endo Pharmaceuticals Inc. and Branded Operations Holdings, Inc.

31.    Branded Operations Holdings, Inc. owns 100% of the equity interests in the following Debtors: Endo Pharmaceuticals Solutions Inc., Generics International (US) 2, Inc., and Endo Pharmaceuticals Finance LLC.

32.    Endo Pharmaceuticals Inc. owns 100% of the equity interests in the following Debtors: Astora Women's Health, LLC and Astora Women's Health Ireland Limited.

33.    Astora Women's Health, LLC owns 100% of the equity interests in non-Debtor Astora Women's Health Technologies.

34.    Generics International (US) 2, Inc. owns 100% of the equity interests in Auxilium Pharmaceuticals, LLC.

35.    Auxilium Pharmaceuticals, LLC owns 100% of the equity interests in the following Debtors: Auxilium US Holdings, LLC, Auxilium International Holdings, LLC, and Actient Pharmaceuticals LLC.

36.    Actient Pharmaceuticals LLC owns 100% of the equity interests in the following Debtors: Slate Pharmaceuticals, LLC; 70 Maple Avenue, LLC; Timm Medical Holdings, LLC; and Actient Therapeutics, LLC.

37.    Actient Pharmaceuticals LLC owns 95% of the common shares of Actient Therapeutics, LLC.  Slate Pharmaceuticals, LLC owns 5% of the common shares and 100% of the preferred shares.

38.    Endo Pharmaceuticals Solutions Inc. owns 100% of the equity interests in Endo Pharmaceuticals Valera Inc and 65% of the membership interests in non-Debtor CPEC LLC. An unaffiliated third party owns a 35% membership interest in CPEC LLC.

39.    Endo Pharmaceuticals Valera Inc. owns 100% of the equity interests in Endo Innovation Valera, LLC.

Top Unsecured Creditors

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | WELLS FARGO BANK , NATIONAL ASSOCIATION - 6.00% SENIOR NOTES DUE 2028 AS INDENTURE TRUSTEE CORPORATE TRUST SERVICES—ADMINISTRATOR FOR ENDO 6.000 SENIOR NOTES DUE 2028 150 EAST 42ND STREET, 40TH FLOOR NEW YORK, NY 10017 | ATTN: TINA GONZALEZ TITLE: VICE PRESIDENT PHONE: 617-574-6363 EMAIL: TINA.GONZALEZ@WELLSFARGO.COM | 6.00% SENIOR NOTES DUE 2028 | | | | $ 1,269,399,075 |
| 2 | AMERISOURCEBERGEN CORPORATION 9075 CENTRE POINT DRIVE  SUITE 140 WEST CHESTER, OH 45069 | ATTN: MELISSA RAND TITLE: SENIOR COUNSEL PHONE: 610-727-2734 EMAIL: MELISSA.RAND@AMERISOURCEBERGEN.COM | DISTRIBUTOR FEES | UNLIQUIDATED | | | $ 200,612,057 |
| 3 | MCKESSON CORPORATION 9954 MARYLAND DR STE 4000 HENRICO, VA 23233 | ATTN: BEN CARLSEN TITLE: MANAGING LEAD COUNSEL PHONE: 404-461-4232 EMAIL: BEN.CARLSEN@MCKESSON.COM | DISTRIBUTOR FEES | UNLIQUIDATED | | | $ 193,515,782 |
| 4 | CARDINAL HEALTH 7000 CARDINAL PLACE DUBLIN, OH 43017 | ATTN: DEBRA A. WILLET TITLE: VICE PRESIDENT & ASSOCIATE GENERAL COUNSEL PHONE: 614-757-3428 EMAIL: DEBRA.WILLET@CARDINALHEALTH.COM | DISTRIBUTOR FEES | UNLIQUIDATED | | | $ 151,356,517 |
| 5 | WELLS FARGO BANK , NATIONAL ASSOCIATION - 6.00% SENIOR NOTES DUE 2023 AS INDENTURE TRUSTEE CORPORATE TRUST SERVICES—ADMINISTRATOR FOR ENDO HEALTH SOLUTIONS INC. 150 EAST 42ND STREET, 40TH FLOOR NEW YORK, NY 10017 | ATTN: TINA GONZALEZ TITLE: VICE PRESIDENT PHONE: 617-574-6363 EMAIL: TINA.GONZALEZ@WELLSFARGO.COM | 6.00% SENIOR NOTES DUE 2023 | | | | $ 58,419,055 |
| 6 | COMMISSIONER OF SOCIAL SERVICES DRUG REHAB PROGRAM PO BOX 2951 HARTFORD, CT 06104 | ATTN: DR. KILOLO KIJAKAZI TITLE: ACTING COMMISIONER PHONE: 203-576-7416 EMAIL: | CUSTOMER BALANCES | UNLIQUIDATED | | | $ 22,977,562 |
| 7 | WELLS FARGO BANK , NATIONAL ASSOCIATION - 6.00% SENIOR NOTES DUE 2025 AS INDENTURE TRUSTEE CORPORATE TRUST SERVICES—ADMINISTRATOR FOR ENDO HEALTH SOLUTIONS INC. 150 EAST 42ND STREET, 40TH FLOOR NEW YORK, NY 10017 | ATTN: TINA GONZALEZ TITLE: VICE PRESIDENT PHONE: 617-574-6363 EMAIL: TINA.GONZALEZ@WELLSFARGO.COM | 6.00% SENIOR NOTES DUE 2025 | | | | $ 22,275,410 |
| 8 | CONNECTIVERX 200 JEFFERSON PARK WHIPPANY, NJ 07981 | ATTN: JIM CORRIGAN TITLE: CHIEF EXECUTIVE OFFICER PHONE: 201-358-7200 EMAIL: JCORRIGAN@CONNECTIVERX.COM | CUSTOMER BALANCES | UNLIQUIDATED | | | $ 15,795,879 |
| 9 | MORRIS AND DICKSON COMPANY LTD 410 KAY LANE SHREVEPORT, LA 71115 | ATTN: JODY HATCHER TITLE: CHIEF EXECUTIVE OFFICER PHONE: 318-797-7900 EMAIL: JHATCHER@MORRISDICKSON.COM | DISTRIBUTOR FEES | UNLIQUIDATED | | | $ 12,854,435 |
| 10 | COLORADO HEALTH CARE POLICY 1570 GRANT STREET DENVER, CO 80203 | ATTN: KIM BIMESTEFER TITLE: EXECUTIVE DIRECTOR PHONE: 303-866-4411 EMAIL: KIM.BIMESTEFER@STATE.CO.US | PAYOR REBATES | UNLIQUIDATED | | | $ 12,604,165 |
| 11 | CVS/ PHARMACY, INC., ONE CVS DRIVE WOONSOCKET, RI 02895 | ATTN: BRIAN E. WHALEN TITLE: SVP, PHARMACY TRADE & SUPPLY CHAIN PHONE: 401-770-4661 EMAIL: BRIAN.WHALEN@CVSHEALTH.COM | DISTRIBUTOR FEES | UNLIQUIDATED | | | $ 12,540,335 |
| 12 | NYS DEPARTMENT OF HEALTH EMPIRE STATE PLAZA ALBANY, NY 12237 | ATTN: MARY T. BASSETT TITLE: COMMISSIONER PHONE: 518-402-7950 EMAIL: CMR@HEALTH.NY.GOV | PAYOR REBATES | UNLIQUIDATED | | | $ 9,006,690 |
| 13 | OPTUM, INC. 11000 OPTUM CIRCLE EDEN PRAIRIE, MN 55344 | ATTN: HEATHER CIANFROCCO TITLE: CHIEF EXECUTIVE OFFICER PHONE: 412-480-4104 EMAIL: HEATHER.CIANFROCCO@UHC.COM | CUSTOMER BALANCES | UNLIQUIDATED | | | $ 8,880,617 |
| 14 | WELLS FARGO BANK , NATIONAL ASSOCIATION - 5.375% SENIOR NOTES DUE 2023 AS INDENTURE TRUSTEE CORPORATE TRUST SERVICES—ADMINISTRATOR FOR ENDO HEALTH SOLUTIONS INC. 150 EAST 42ND STREET, 40TH FLOOR NEW YORK, NY 10017 | ATTN: TINA GONZALEZ TITLE: VICE PRESIDENT PHONE: 617-574-6363 EMAIL: TINA.GONZALEZ@WELLSFARGO.COM | 5.375% SENIOR NOTES DUE 2023 | | | | $ 6,319,865 |
| 15 | TPA 17 TECHNOLOGY CIRCLE COLUMBIA, SC 29203 | ATTN: JOE JOHNSON TITLE: PRESIDENT AND CHIEF OPERATING OFFICER PHONE: 803-735-1034 EMAIL: | CUSTOMER BALANCES | UNLIQUIDATED | | | $ 6,133,385 |
| 16 | CALIFORNIA DEPARTMENT OF HEALTH CARE 1500 CAPITOL AVE MS 7602 SACRAMENTO, CA 95814 | ATTN: TOMAS J. ARAGON TITLE: DIRECTOR PHONE: 800-495-3232 EMAIL: TOMAS.ARAGON@SFDPH.ORG | PAYOR REBATES | UNLIQUIDATED | | | $ 6,082,026 |
| 17 | MALLINCKRODT PHARMACEUTICALS 675 MCDONNELL BLVD HAZELWOOD, MO 63042 | ATTN: MARK CASEY TITLE: EXECUTIVE VICE PRESIDENT AND CHIEF LEGAL OFFICER PHONE: 617-225-0078 EMAIL: MARK.CASEY@CYTYC.COM | PROFIT SHARING | | | | $ 5,787,813 |
| 18 | MERCK SHARP AND DOHME INTERNATIONAL POSTBUS 581 HAARLEM,  2003 PC NETHERLAND | ATTN: CAROLINE LITCHFIELD TITLE: EXECUTIVE VICE PRESIDENT AND CHIEF FINANCIAL OFFICER PHONE: 908-359-0188 EMAIL: CAROLINE_LITCHFIELD@MERCK.COM | PROFIT SHARING / TRADE DEBT | UNLIQUIDATED | | | $ 4,166,712 |
| 19 | PA DEPARTMENT OF HUMAN SERVICES 625 FORESTER STREET HARRISBURG, PA 17120 | ATTN: MEG SNEAD TITLE: SECRETARY OF HUMAN SERVICES PHONE: 920-739-0884 EMAIL: COSTELLOMEG@GMAIL.COM | PAYOR REBATES | UNLIQUIDATED | | | $ 3,951,986 |

Top Unsecured Creditors

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially unsecured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 20 | WALGREENS 200 WILMOT ROAD DEERFIELD, IL 60015 | ATTN: LISA BADGLEY TITLE: SENIOR VICE PRESIDENT PHONE: 847-945-0611 EMAIL: LISA.BADGLEY@WALGREENS.COM | DISTRIBUTOR FEES | UNLIQUIDATED | | | $ 3,093,085 |
| 21 | UROGPO LLC 600 SUPERIOR AVENUE EAST STE 1500 CLEVELAND, OH 44114 | ATTN: DAVID COURY TITLE: CHIEF EXECUTIVE OFFICER PHONE: 216-292-9998 EMAIL: DAVID.COURY@UROGPO.US.COM | CUSTOMER BALANCES | UNLIQUIDATED | | | $ 3,044,956 |
| 22 | NORTH CAROLINA DHHS DRUG REBATE - C 2001 MAIL SERVICE CENTER RALEIGH, NC 27699-2000 | ATTN: KODY KINSLEY TITLE: SECRETARY OF HEALTH AND HUMAN SERVICES PHONE: 919-855-4800 EMAIL: | PAYOR REBATES | UNLIQUIDATED | | | $ 2,784,703 |
| 23 | ALLERGAN USA INC 5 GIRALDA FARMS MADISON, NJ 07940 | ATTN: RICHARD A GONZALEZ TITLE: CHIEF EXECUTIVE OFFICER PHONE: 862-261-7000 EMAIL: RICHARD.GONZALEZ@ABBVIE.COM | PROFIT SHARING | UNLIQUIDATED | | | $ 2,716,312 |
| 24 | AGENCY FOR HEALTH CARE ADMINISTRATION 2727 MAHAN DRIVE TALLAHASSEE, FL 32308 | ATTN: CODY L. FARRILL TITLE: CHIEF OF STAFF PHONE: 850-412-3600 EMAIL: CODY.FARRILL@DOT.STATE.FL.US | CUSTOMER BALANCES | UNLIQUIDATED | | | $ 2,708,094 |
| 25 | STATE OF KENTUCKY - DMS 275 E. MAIN ST. 6W-A FRANKFORT, KY 40621 | ATTN: ERIC FRIEDLANDER TITLE: SECRETARY PHONE: 502-561-9179 EMAIL: FRIEDLANDER@LOUISVILLEKY.GOV | PAYOR REBATES | UNLIQUIDATED | | | $ 2,109,882 |
| 26 | VIRGINIA DEPT. OF MED ASSISTANCE SERVICES 600 EAST BROAD STREET RICHMOND, VA 23219 | ATTN: MICHAEL H. COOK ESQ. TITLE: CHAIR, BOARD OF MEDICAL ASSISTANCE SERVICES PHONE: 804-786-7933 EMAIL: | PAYOR REBATES | UNLIQUIDATED | | | $ 2,095,558 |
| 27 | DEERFIELD GENERICS LP 345 PARK AVENUE SOUTH 12TH FL NEW YORK, NY 10010 | ATTN: KAREN HEIDELBERGER TITLE: INVESTMENT AND PARTNERSHIP PHONE: 212-984-7112 EMAIL: KARENH1@DEERFIELD.COM | PROFIT SHARING | UNLIQUIDATED | | | $ 2,021,455 |
| 28 | SMITH DRUG COMPANY 9098 FAIRFOREST RD SPARTANBURG, SC 29301 | ATTN: WADE LEWIS TITLE: PRESIDENT PHONE: 864-574-8161 EMAIL: WLEWIS@SMITHDRUG.COM | CUSTOMER BALANCES | UNLIQUIDATED | | | $ 1,985,505 |
| 29 | BAYER AG KAISER WILHELM ALLEE LEVERKUSEN, 51373 GERMANY | ATTN: WERNER BAUMANN TITLE: CHIEF EXECUTIVE OFFICER PHONE: 972-377-1950 EMAIL: WERNER.BAUMANN@BAYERHEALTHCARE.COM | TRADE DEBT | | | | $ 1,961,911 |
| 30 | TREASURER STATE OF OHIO 30 E. BROAD STREET - 9TH FLOOR COLUMBUS, OH 43215 | ATTN: ROBERT SPRAGUE TITLE: TREASURER PHONE: 800-228-1102 EMAIL: RSPRAGUE@CLF.FINDLAY.OH.US | PAYOR REBATES | UNLIQUIDATED | | | $ 1,944,839 |
| 31 | ASCENT 77 DRESSER STREET SOUTH BOSTON, MA 02127 | ATTN: MARK SAGON TITLE: MANAGING PARTNER PHONE: 646-964-3850 EMAIL: MPSAGON@GMAIL.COM | CUSTOMER BALANCES | UNLIQUIDATED | | | $ 1,831,832 |
| 32 | ANDA INC. 2915 WESTON ROAD WESTON, FL 33331 | ATTN: SVEN DETHLEFS TITLE: EXECUTIVE VICE PRESIDENT PHONE: 972-391-4817 EMAIL: SVEN.DETHLEFS@TEVAPHARM.COM | CUSTOMER BALANCES | UNLIQUIDATED | | | $ 1,818,276 |
| 33 | JOHNSON CONTROLS INC 4700 EXCHANGE COURT STE 300 BOCA RATON, FL 33431 | ATTN: GEORGE R. OLIVER TITLE: CHAIRMAN AND CEO PHONE: 888-981-4544 EMAIL: GEORGE.OLIVER@JCI.COM | TRADE DEBT | | | | $ 1,489,674 |
| 34 | ARIZONA HEALTH CARE COST CONTAINMENT SYSTEMS 801 E JEFFERSON ST PHOENIX, AZ 85034 | ATTN: JAMI SNYDER TITLE: DIRECTOR PHONE: EMAIL: JAMI.SNYDER@AZAHCCCS.GOV | CUSTOMER BALANCES | UNLIQUIDATED | | | $ 1,460,536 |
| 35 | LOUISIANA DEPARTMENT OF HEALTH 628 N. 4TH STREET BATON ROUGE, LA 70802 | ATTN: DR. COURTNEY N. PHILLIPS TITLE: SECRETARY PHONE: 225-287-2135 EMAIL: COURTNEY.PHILLIPS@LA.GOV | PAYOR REBATES | UNLIQUIDATED | | | $ 1,407,395 |
| 36 | TEXAS HEALTH AND HUMAN SERVICES COMMISSION NORTH AUSTIN COMPLEX 4601 W. GUADALUPE ST. AUSTIN, TX 78751 | ATTN: CECILE ERWIN YOUNG TITLE: EXECUTIVE COMMISSIONER PHONE: 512-695-5057 EMAIL: CECILE.YOUNG@HHSC.STATE.TX.US | CUSTOMER BALANCES | UNLIQUIDATED | | | $ 1,399,777 |
| 37 | NJ ENCOUNTER MCO DRUG REBATE PROGRAM PO BOX 712 TRENTON, NJ 08625 | ATTN: JENNIFER LANGER JACOBS TITLE: ASSISTANT COMMISSIONER PHONE: 609-588-2604 EMAIL: JENNIFER.JACOBS@DHS.NJ.GOV | CUSTOMER BALANCES | UNLIQUIDATED | | | $ 1,355,191 |
| 38 | INDIANA MEDICAID DRUG REBATES 950 N MERIDIAN ST SUITE 1150 INDIANAPOLIS, IN 46204 | ATTN: DANIEL RUSYNIAK TITLE: SECRETARY PHONE: 248-524-9731 EMAIL: DANIEL.RUSYNIAK@FSSA.IN.GOV | CUSTOMER BALANCES | UNLIQUIDATED | | | $ 1,344,156 |
| 39 | ABON 140 LEGRAND AVE NORTHVALE, NJ 07647 | ATTN: ROBERT B. FORD TITLE: CHIEF EXECUTIVE OFFICER PHONE: 469-330-0100 EMAIL: ROBERT.FORD@ABBOTT.COM | PROFIT SHARING / TRADE DEBT | UNLIQUIDATED | | | $ 1,341,293 |
| 40 | MD DHMH HERBERT R. O'CONOR STATE OFFICE BUILDING 201 W. PRESTON STREET BALTIMORE, MD 21201 | ATTN: DENNIS R SCHRADER TITLE: SECRETARY PHONE: 410-961-3793 EMAIL: DENNIS.SCHRADER@MARYLAND.GOV | CUSTOMER BALANCES | UNLIQUIDATED | | | $ 1,212,946 |

Top Unsecured Creditors

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 41  ILLINOIS DEPARTMENT OF PUBLIC AID RECOVERY UNIT/DRP EEO/AA OFFICE 401 S. CLINTON STREET, 7TH FLOOR CHICAGO, IL 60607 | ATTN: TYLER WHITE TITLE: DRUG REBATE UNIT MANAGER PHONE: 217-524-4508 EMAIL: TYLER.P.WHITE@ILLINOIS.GOV | PAYOR REBATES | UNLIQUIDATED | | | $      1,208,840 |
| 42  VEEVA SYSTEMS INC 4280 HACIENDA DRIVE PLEASANTON, CA 94588-2719 | ATTN: PETER GASSNER TITLE: CHIEF EXECUTIVE OFFICER PHONE: 925-461-8415 EMAIL: PETER.GASSNER@GMAIL.COM | TRADE DEBT | | | | $      1,170,644 |
| 43  CMS FEDERAL REBATES MCOS 7500 SECURITY BOULEVARD BALTIMORE, MD 21244 | ATTN: KAREN JACKSON TITLE: CHIEF OPERATING OFFICER PHONE: 202-619-0630 EMAIL: KAREN.JACKSON@CMS.HHS.GOV | CUSTOMER BALANCES | UNLIQUIDATED | | | $      1,164,345 |
| 44  MISSOURI DIVISION MED SERVICES 912 WILDWOOD JEFFERSON CITY , MO 65102 | ATTN: PAULA F. NICKELSON TITLE: ACTING DIRECTOR PHONE: 753-751-6001 EMAIL: | CUSTOMER BALANCES | UNLIQUIDATED | | | $      1,135,212 |
| 45  FHSC-SC DRUG REBATE PO BOX 60009 CHARLOTTE , SC 28260-0009 | ATTN: ROBERT M. KERR TITLE: DIRECTOR PHONE: 803-898-2580 EMAIL: RKERR@SCDHHS.GOV | CUSTOMER BALANCES | UNLIQUIDATED | | | $        944,061 |
| 46  DHS MANAGED CARE REBATE 052 PO BOX 64837 ST. PAUL , MN 55164-0837 | ATTN: SUSAN WINKELMANN TITLE: ASSISTANT DIRECTOR PHONE: 651-431-6500 EMAIL: SUSAN.WINKLEMANN@STATE.MN.US | PAYOR REBATES | UNLIQUIDATED | | | $        934,307 |
| 47  DEPT OF VA 810 VERMONT AVE., NW WASHINGTON, DC 20420 | ATTN: DENIS MCDONOUGH TITLE: VA SECRETARY PHONE: 202-273-5400 EMAIL: | CUSTOMER BALANCES | UNLIQUIDATED | | | $        891,249 |
| 48  ASTRAZENECA LP 1800 CONCORD PIKE  PO BOX 15437 WILMINGTON, DE 19850-5437 | ATTN: ARADHANA SARIN TITLE: CHIEF FINANCIAL OFFICER PHONE: 800-456-3669 EMAIL: ARADHANA.SARIN@ASTRAZENECA.COM | PROFIT SHARING | UNLIQUIDATED | | | $        885,504 |
| 49  EXPRESS SCRIPTS ONE EXPRESS WAY SAINT LOUIS, MO 63121 | ATTN: AMY BRICKER TITLE: PRESIDENT PHONE: 636-346-7911 EMAIL: ABRICKER@EXPRESS-SCRIPTS.COM | CUSTOMER BALANCES | UNLIQUIDATED | | | $        866,330 |
| 50  STATE OF MICHIGAN-DCH CAPITOL VIEW BUILDING 201 TOWNSEND STREET LANSING , MI  48913 | ATTN: ELIZABETH HERTEL TITLE: DIRECTOR PHONE: 517-281-3574 EMAIL: ELIZABETH.HERTEL@MICHIGAN.GOV | CUSTOMER BALANCES | UNLIQUIDATED | | | $        855,441 |

| Fill in this information to identify the case: | | | |
|---|---|---|---|
| Debtor name | Endo Aesthetics LLC | | |
| United States Bankruptcy Court for the: | Southern | District of | New York |
| | | (State) | |
| Case number (If known): | | | |

## Official Form 202
## Declaration Under Penalty of Perjury for Non-Individual Debtors                    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING – Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐   *Schedule A/B: Assets-Real and Personal Property (Official Form 206A/B)*

☐   *Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)*

☐   *Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)*

☐   *Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)*

☐   *Schedule H: Codebtors (Official Form 206H)*

☐   *Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)*

☐   *Amended Schedule* _____

☒   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 50 Largest Unsecured Claims and Are Not Insiders (Official Form 204)*

☒   Other document that requires a declaration Consolidated Corporate Ownership Statement and List of Equity Security Holders

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   08/16/2022               **x** */s/ Mark T. Bradley*
              MM/DD/YYYY                Signature of individual signing on behalf of debtor

                                        Mark T. Bradley
                                        Printed Name

                                        Chief Financial Officer
                                        Position or relationship to debtor

Official Form 202         **Declaration Under Penalty of Perjury for Non-Individual Debtors**